

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00818-CV

Randal **WILLIAMS**,
Appellant

v.

Mohammad **SARABI**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV02723
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: February 26, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the "parties have resolved the matter, and Appellant no longer wishes to pursue an appeal." The motion contains a certificate of service to appellee, who has not opposed the motion. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM